

356

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Charles H. Theobald
County Attorney
Galveston County
Galveston, Texas

Dear Sir:

Opinion No. 0-5069
Re: Whether the phrase "born
outside of the State of
Texas", as used in Article
4477, Rule 51a, V.R.C.S.,
includes those born in
territories of the United
States, and those born in
foreign countries.

You have asked the opinion of this department on
whether the phrase, "born outside of the State of Texas,"
as used in the statute cited above, "includes the Universe,
in addition to any state in the American Union and its pos-
sessions." We understand that you desire our opinion as to
whether "outside of," as here used, includes all the other
states and territories of the United States, and foreign
countries as well.

"Outside of" means "without the limits or sphere
of . . ." Webster's New International Dictionary.

Both the San Antonio Court of Civil Appeals and
the Supreme Court of Texas have held that, under the provi-
sions of the Texas Workmen's Compensation Act entitling an
employee hired within the state to compensation according
to the law of Texas for an injury received outside of the
state as if injured within the state, "outside the state"
is so broad as to include all the world. Maryland Casual-
ty Company vs. Brown, (Civ. App.) 110 S. W. (2d) 130, 132
(Sup. Ct.) 115 S. W. (2d) 394, 395.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Charles H. Theobald, Page 2

We find nothing in the provisions of Article 4477 to indicate that the phrase was there intended to have a different meaning.

It is therefore our opinion that, as used in said Article 4477, Rule 51a, the phrase "born outside of the State of Texas," includes all the world beyond the boundaries of this State.

Copies of our Opinions Nos. 0-3848 and 0-4190, requested by you, are enclosed herewith.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *W. R. Allen*

W. R. Allen
Assistant

APPROVED FEB 24, 1943

FIRST ASSISTANT
ATTORNEY GENERAL

WRA:ff
Encls.

*Op. J.C.C.*



APPROVED
OPINION
COMMITTEE
BY *BWB*
CHAIRMAN